

# Court of Appeals

# First District of Texas

## BILL OF COSTS

No. 01-14-00207-CV

**Ellen Lumenta, Individually and as Personal Representative of the Estate of Roy Meyers Revelino Nawawi, Deceased**

v.

**Bell Helicopter Textron, Inc., Bell Helicopter Korea Inc., Bell Helicopter Corporation, Bell Helicopter International Inc., Bell Helicopter International Sales Corporation, Pratt & Whitney and United Technologies Corporation**

NO. 2013-45235A IN THE 190TH DISTRICT COURT OF HARRIS COUNTY

| TYPE OF FEE | CHARGES | PAID/DUE | STATUS | PAID BY |
|---|---|---|---|---|
| SUPP CLK RECORD | $89.00 | 05/22/2015 | PAID | ANT |
| MT FEE | $15.00 | 04/17/2015 | E-PAID | ANT |
| MT FEE | $10.00 | 04/03/2015 | E-PAID | ANT |
| RPT RECORD | $23.00 | 08/30/2014 | PAID | ANT |
| CLK RECORD | $120.00 | 08/26/2014 | PAID | APE |
| RPT RECORD | $255.04 | 07/09/2014 | PAID | APE |
| MT FEE | $10.00 | 07/01/2014 | E-PAID | ANT |
| SUPP CLK RECORD | $30.00 | 06/25/2014 | E-FILED | UNK |
| SUPP CLK RECORD | $332.00 | 06/25/2014 | UNKNOWN | UNK |
| MT FEE | $10.00 | 06/16/2014 | E-PAID | ANT |
| MT FEE | $10.00 | 04/22/2014 | E-PAID | ANT |
| SUPP CLK RECORD | $271.00 | 03/28/2014 | PAID | UNK |
| CLK RECORD | $325.00 | 03/27/2014 | PAID | ANT |
| STATEWIDE EFILING | $20.00 | 03/19/2014 | PAID | ANT |
| FILING | $175.00 | 03/19/2014 | PAID | ANT |

**The costs incurred on appeal to the First Court of Appeals Houston, Texas are $1,695.04.**

*Court costs in this case have been taxed in this Court's judgment*

I, **Christopher A. Prine,** Clerk of the Court of Appeals for the First District of Texas, do hereby certify that this is a true statement of the costs of appeal in this case.

**IN TESTIMONY WHEREOF,** witness my hand and the seal of the Court of Appeals for the First District of Texas, this November 6, 2015.

**CHRISTOPHER A. PRINE**
**CLERK OF THE COURT**